UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | CHAPTER 7 |
| MARC GIBRICK, ) | |
| ) | Honorable LaShonda A. Hunt |
| ) | CASE NO. 19-15177 |
| Debtor. ) | |
| ) | |
| ) | |
| KALCHEIM HABER, LLC, ) | |
| ) | ADVERSARY PROCEEDING |
| Plaintiff, ) | |
| ) | CASE NO. 19-00816 |
| vs. ) | |
| ) | |
| MARC GIBRICK, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR DEFAULT AND DEFAULT JUDGMENT

THIS MATTER comes on to be heard on Plaintiff's Motion for Entry of Default and Default Judgment; the Court having reviewed the pleadings and being fully advised in the premises, FINDS:

1. Due notice of the Motion has been given to the Debtor by Plaintiff;

2. The Debtor was duly served with the Summons and Complaint and has failed to answer or appear as required by the applicable rules.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

A. The Plaintiff's Motion for Entry of Default and Default Judgment is granted.

B. The debts and obligations owed by the Debtor, MARC GIBRICK, to Plaintiff, KALCHEIM HABER, LLC, arising from a Judgment for Dissolution of Marriage and supplemental Order entered in the Circuit Court of the Nineteenth Judicial Circuit of Lake County, Illinois, Case No. 2014-D-986, are declared non-dischargeable in their entirety pursuant to 11 U.S.C. §§523(a)(5) and (15).

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 11, 2019

**Prepared by:**

Jamie L. Ross
Kalcheim Haber, LLC
134 N. LaSalle Street, Suite 2100
Chicago, Illinois 60602
(312) 236-9445
jross@kalcheimhaber.com